IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRUSTEES OF THE MICHIANA AREA ELECTRICAL WORKERS HEALTH & WELFARE FUND, TRUSTEES OF THE MICHIANA AREA ELECTRICAL WORKERS PENSION FUND, TRUSTEES OF THE MICHIANA AREA ELECTRICAL WORKERS MONEY PURCHASE PLAN and TRUSTEES OF THE MICHIANA AREA ELECTRICAL WORKERS PLAN 4, <br><br>   Plaintiffs, <br><br>v. <br><br>JCA ELECTRIC LLC, <br><br>   Defendant. | CASE NO.:  3:21-cv-196 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), the Plaintiffs voluntarily dismiss this action without prejudice.

        Respectfully submitted,

        LEDBETTER PARISI LLC

        /s/ Thomas R. Kendall
        Thomas R. Kendall (IN #26859-15)
        5078 Wooster Road, Suite 400
        Cincinnati, OH 45226
        (937) 619-0900 (ph)
        (937) 619-0999 (fax)
        tkendall@fringebenefitlaw.com
        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      This will certify that on December 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. A copy of this filing will additionally be served upon the Defendant via regular U.S. Mail at the address listed below.

JCA Electric LLC
c/o Jeremy Vant Hof, Member
4776 E. Oak Knoll Rd.
Rolling Prairie, IN 46371

                              /s/ Thomas R. Kendall